**Sam BROADHEAD and Jack Stack, Jr.,**
**Appellants,**

v.

**TRI-STATE OIL TOOL COMPANY OF**
**ARKANSAS, Appellee.**

No. 21566.

United States Court of Appeals
Fifth Circuit.

Feb. 15, 1965.

E. L. Snow, J. A. Covington, Meridian, Miss., of Snow, Covington, Shows & Watts, Meridian, Miss., for appellants.

W. E. Morse and Morse & Morse, Jackson, Miss., for appellee.

Before BROWN and BELL, Circuit Judges, and HUNTER, District Judge.

PER CURIAM:

This is an appeal from a judgment, based on a jury verdict, in favor of plaintiff. The record reveals that the case was fairly tried and properly presented. There was ample evidence to support the verdict. We affirm.

**Dominic J. AVALLONE, Appellant,**

v.

**UNITED STATES of America,**
**Appellee.**

No. 21359.

United States Court of Appeals
Fifth Circuit.

Feb. 19, 1965.

Rehearing Denied May 12, 1965.

Max Lurie, Miami, Fla., for appellant.

Charles L. Marinaccio, Sp. Atty., Dept. of Justice, Washington, D. C., William H. Hamilton, Jr., Asst. U. S. Atty., Jacksonville, Fla., Edward F. Boardman, U. S. Atty., Middle District of Florida, William S. Kenney, Sp. Atty., Department of Justice, for appellee.

Before TUTTLE, Chief Judge, JONES, Circuit Judge, and GROOMS, District Judge.

PER CURIAM:

The appellant was convicted of violating provisions of the Federal wagering tax laws. Our review of the record persuades us that no prejudicial error was committed in the trial of the case. The judgment of the district court is

Affirmed.